| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aldrich, Jeffery K.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Aldrich, Michelle J.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Michelle Hawley** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-7313** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-4345** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2498 Hunter Hill**<br>**Jasper, NY 14855** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2498 Hunter Hill**<br>**Jasper, NY 14855** |
| County of Residence or of the<br>Principal Place of Business:   **Steuben** | County of Residence or of the<br>Principal Place of Business:   **Steuben** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 31**<br>**Jasper, NY 14855** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 31**<br>**Jasper, NY 14855** |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Aldrich, Jeffery K.** **Aldrich, Michelle J.** | **FORM B1**, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ___/s/ Jeffery K. Aldrich___

Signature of Debtor **Jeffery K. Aldrich**

**X** ___/s/ Michelle J. Aldrich___

Signature of Joint Debtor **Michelle J. Aldrich**

_____

Telephone Number (If not represented by attorney)

**June 16, 2004**

Date

**Signature of Attorney**

**X** ___/s/ Peter J. Degnan___

Signature of Attorney for Debtor(s)

**Peter J. Degnan**

Printed Name of Attorney for Debtor(s)

**Peter J. Degnan, Esq.**

Firm Name

**35 Glen Street, Suite 1A**
**Alfred, NY 14802**

Address

_____

Telephone Number

**June 16, 2004**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _/s/ Peter J. Degnan_                    **June 16, 2004**

Signature of Attorney for Debtor(s)          Date

**Peter J. Degnan**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Aldrich, Jeffery and Michelle -

Adams & Hodges
PO Box 2169
Elmira, NY 14903

Allstate Insurance
1979 Marcus Ave.
New Hyde Park, NY 11042

Associated Radiologists of the Finger
Lakes, PC
100 East Fourteenth st.
Elmira, NY 14903

Associated Recevery Systems
201 West Grand Ave.
Escondido, CA 92025

Bath Credit Services
12 Liberty St.
Bath, NY 14810

Bath National Bank
44 Liberty Street
Bath, NY 14810

Bath TV Cable
45 Liberty
Bath, NY 14810

Beneficial
PO Box 1878
Carol Stream, IL 60128

BMG Music Service
PO Box 91545
Indianapolis, IN 46291-0545

Capital One
P.O. Box 85147
Richmond, VA 23285-5147

CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA 50701

Aldrich, Jeffery and Michelle -


Cellular One
Attn: Jackie Thompson
2875 Union Rd.
Suite 35U
Cheektowaga, NY 14227


Charter One Auto Finance
Attn: Recovery Dept.
228 E. Main Street
Suite 300
Rochester, NY 14604


Citibank
Bankruptcy Recovery Dept.
7920 N.W. 110th St; POB 20487
Kansas City, MO 64195-9904


Citifinancial, Inc.
368-B West Washington St.
PO Box 629
Bath, NY 14810


Corning Hospital
176 Denison Parkway East
Corning, NY 14830


Corning Radiology Assoc.
218 Denison Parkway E.
Corning, NY 14830


Credit Management Company
995 Old Eagle School Road
Suite 305
Wayne, PA 19087


Creditors Collection Services, Inc.
319 W. Water St.
Elmira, NY 14902


Doubleday Large Print
PO Box 6307
Camp Hill, PA 17012


Finger Lakes Internists
7603 Route 54
Bath, NY 14810

Aldrich, Jeffery and Michelle -


First Collection Services
PO Box 816
Frankfort, IL 60423


GE Capital Cons Cardco
PO Box 9001557
Louisville, KY 40290


Griffith Energy
760 Brooks Ave.
Rochester, NY 14619


Guardian
Group Pensions
PO Box 26280
Lehigh Valley, PA 18002-6280


Guthrie Medical Group
 1 Guthrie Square
Sayre, PA 18840


Harris Beach LLP
130 East Main Street
Rochester, NY 14604


Household Bank
PO Box 80084
Salinas, CA 93912


Ira Davenport Memorial Hospital
7570 State Route 54
Bath, NY 14810


M&T Bank
1 Fountain Plaza
Special Assets, 9th Floor
Buffalo, NY 14203-1495


MacDonald Health Center
111 East 14th Street
Elmira, NY 14903


North Shore Agency, Inc.
751 Summa Ave.
Westbury, NY 11590

Aldrich, Jeffery and Michelle -


Oral Maxillofacial Surgery
451 West Church Street
Elmira, NY 14901


Regional Pathology Associates
218 Denison Parkway East
Suite 2
Corning, NY 14830


Rural Metro
177 University Ave.
Rochester, NY 14605


Sams Club
PO Box 105982
Dept. 77
Atlanta, GA 30353-5982


Southern Tier Credit Center
PO Box 118
Hornell, NY 14843


St. James Mercy Hospital
411 Canisteo St.
Hornell, NY 14843-2104


Stellar Collection Services, Inc.
PO Box 6960
Syracuse, NY 13217


Steuben Trust Company
1 Steuben Square
Hornell, NY 14843


Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364


Viahealth
PO Box 10758
Rochester, NY 14610